# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**ANTONIO LAUREANO MORALES**<br>**ARELEIS M. RIVERA BARBOSA**<br><br>DEBTOR(S) | CASE NO.: **18-04891-ESL**<br><br>CHAPTER.: **13** |

## MOTION REQUESTING AUTHORIZATION TO PARTICIPATE IN A MORTGAGE MODIFICATION PROGRAM

**TO THE HONORABLE COURT:**

**COME NOW DEBTOR**, represented by the undersigned attorney and respectfully **STATE, ALLEGE** and **PRAY** as follows:

1. Debtors filed the Chapter 13 bankruptcy voluntary petition on August 28, 2018. Debtors scheduled as one of their assets a real property located at **URB HORIZONTES CALLE ESTELAR C-22 GURABO, PR 0077** property has a lien with **FIRSTBANK OF PUERTO RCO**. Due to Debtors' current financial situation they are notifying this Honorable Court and all creditors of their intentions to participate of a mortgage modification program.

2. Debtors need the approval of this Honorable Court to enter the process of the loss mitigation program. Once said modification is approved by the bank it will be submitted for evaluation to the Trustee in this case and to this Honorable Court for its approval.

**WHEREFORE**, it is respectfully requested from this Honorable Court to approve Debtor intention to modify the mortgage through **FIRSTBNAK OF PUERTO RICO.**

## NOTICE

Parties in interest are hereby granted twenty one (21) days from the date of notice to oppose the motion and request a hearing. If no

opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the moving that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings.

### CHAPTER 13 TRUSTEES AND THE UNITED STATES TRUSTEE

We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED,**

In San Juan Puerto Rico, this 27TH day of Septiembre 2018.

/S/Victor C. Thomas Santiago
USDC PR 209807
Attorney for Debtor
127 De Diego Avenue
Apt. 1-A Cond. Vallecillo
San Juan, Puerto Rico 00911
Tel. (787) 722-5601 Fax (787) 724-6366
E-mail:vthomas@thomasmag.com

```
bel Matrix for local noticing          COOP A/C JESUS OBRERO                  COOPACA
04-3                                   PMB 159 HC 01 BOX 29030                CALL BOX 1056
se 18-04891-ESL13                      CAGUAS, PR 00726-4900                  ARECIBO, PR 00613-1056
strict of Puerto Rico
d San Juan
u Sep 27 09:26:02 AST 2018

RSTBANK PUERTO RICO                    POPULAR AUTO                           US Bankruptcy Court District of P.R.
 BOX 9024176                           PO BOX 366818                          Jose V Toledo Fed Bldg & US Courthouse
N JUAN, PR 00902-4176                  SAN JUAN, PR 00936-6818                300 Recinto Sur Street, Room 109
                                                                              San Juan, PR 00901-1964


OC RESIDENTES DE HORIZONTES, INC.      ASOCIACION EMPLEADOS DE GOBIERNO       BANCO POPULAR DE PUERTO RICO
LLE AURORA 176                         PO BOX 364508                          PO BOX 11917
rabo, PR 00778-4047                    SAN JUAN, PR 00936-4508                SAN JUAN, PR 00922-1917


NCO POPULAR DE PUERTO RICO             CARDONA & JIMENEZ LAW OFFICES          CARRIBEAN ALLIANCE INSURANCE COMPANY
 BOX 3228                              PO BOX 9023593                         PO BOX 71338
N JUAN, PR 00936                       SAN JUAN, PR 00902-3593                San Juan, PR 00936-8438


ARO                                    DEPARTAMENTO DE HACIENDA DE PR         DEPARTMENT OF TREASURY
 BOX 70367                             BANKRUPTCY DEPARTMENT                  BANKRUPTCY SECTION 424 B
N JUAN, PR 00936-8367                  PO BOX 9024140                         PO BOX 9024140
                                       SAN JUAN, PR 00902-4140                SAN JUAN, PR 00902-4140


RST BANK OF PUERTO RICO                LCDO. OSVALDO L RODRIGUEZ FERNANDEZ    MIDLAND CREDIT MANAGEMENT, INC.
NKRUPTCY DEPARTMENT                    PO BOX 71418                           PO BOX 60578
 BOX 9146                              SAN JUAN, PR 00936-8518                LOS ANGELES, CA 90060-0578
N JUAN, PR 00908-0146


NARCH RECOVERY MANAGEMENT, INC.        POPULAR AUTO                           PR TELEPHONE CO
 BOX 16119                             BANKRUPTCY DEPARTMENT                  PO BOX 70367
iladelphia, PA 19114-0119              PO BOX 366818                          SAN JUAN, PR 00936-8367
                                       SAN JUAN, PR 00936-6818


EPA - BANKRUPTCY OFFICE                PUERTO RICO CONSUMER DEBT MANAGMENTM CO,   SYNCB / JC PENNEY
 BOX 364267                            PO BOX 363387                          PO BOX 965007
N JUAN PR 00936-4267                   SAN JUAN, PR 00936-3387                ORLANDO, FL 32896-5007


E HOME DEPOT / CBNA                    ALEJANDRO OLIVERAS RIVERA              ANTONIO F LAUREANO MORALES
 BOX 6497                              ALEJANDRO OLIVERAS CHAPTER 13 TRUS     URB HORIZONTE
UX FALLS, SD 57117-6497                PO BOX 9024062                         CALLE ESTELAR C-22
                                       SAN JUAN, PR 00902-4062                GURABO, PR 00778-4038


ELIS M RIVERA BARBOSA                  MONSITA LECAROZ ARRIBAS                VICTOR THOMAS SANTIAGO
B HORIZONTE                            OFFICE OF THE US TRUSTEE (UST)         127 DE DIEGO AVE APT 1-A
LLE ESTELAR C-22                       OCHOA BUILDING                         SAN JUAN, PR 00911-1909
RABO, PR 00778-4038                    500 TANCA STREET  SUITE 301
                                       SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )COOP A/C JESUS OBRERO<br>B 159 HC 01 BOX 29030<br>GUAS, PR 00726-4900 | (d)COOPACA<br>CALL BOX 1056<br>ARECIBO, PR 00613-1056 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     2<br>Total                  31 |