IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANTONIO F LAUREANO MORALES
ARELIS M RIVERA BARBOSA
  DEBTOR(S)

CASE NO.  18-04891-ESL
CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 5 years
2. The liquidation value of the estate is $: 0.00
3. The general unsecured pool is $: 0.00

PLAN DATE: August 28, 2018     PLAN BASE: $52,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/26/2019

[ ] FAVORABLE     [X] UNFAVORABLE

1. **[X] FEASIBILITY 11 USC § 1325(a)(6):**

   a) Debtor has 4 months in arrears with the trustee; equivalent to $1,200.00.  b) Debtors have to address with proper projections as to how they will be able to increase the plan payments.

2. **[X] INSUFFICIENTLY FUNDED § 1325(b):**

   Plan is not sufficient funds to pay priority Treasury Dept of PR.

3. **[X] UNFAIR DISCRIMINATION § 1322(b):**

   Amend plan to eliminate secured treatment to Asoc. Residentes de Horizontes, Inc. as per order granting trustee's Objection to Claim No. 7. Debt is now unsecured.

4. **[X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

   Debtor submitted income evidence for 01/07/2018 $497.00; 01/14/2018 $119.08 and 01/21/2018 $608.06. Statement of Financial Affairs discloses year to date (YTD) income $0.00. Per Schedule I debtor is not employed.

5. **[X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

   Plan does not provide for direct payment to Coop Jesus Obrero retirement loan  (Claim No. 10.)

6. **[X] FAILS SECTION 1325(a)(9):**

   • State Tax Returns:  All missing. Years 2014 thru 2017.

**[X] OTHER:**

**1) Coop Jesus Obrero "Objection to Confirmation of Plan" filed on 8-31-2018 docket no. 9 and FBPR's "Opposition to Confirmation " filed on 9-26-2018 docket no. 16 are pending to be addressed by debtor. 2) Amend Statement of Financial Affairs to include a vehicle used by then belonging to a cousin. 3) Debtors are to amend schedules of income and expenses to account for fact that they supply two dependents (for tax purposes) approx. $300 a month. They might cease those payments.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: <u>VICTOR THOMAS SANTIAGO*</u>

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR