# UNITED STATES BANKRUPTCY COURT
## DISTRICT 1

In re:

ANTONIO F LAUREANO MORALES
ARELIS M RIVERA BARBOSA
Debtor(s)

Case No. 18-04891-ESL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/28/2018.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 04/03/2019.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $4,612.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

  Total paid by or on behalf of the debtor      $600.00
  Less amount refunded to debtor      $563.25

**NET RECEIPTS:**      $36.75

**Expenses of Administration:**

  Attorney's Fees Paid Through the Plan      $0.00
  Court Costs      $0.00
  Trustee Expenses & Compensation      $36.75
  Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      $36.75

Attorney fees paid and disclosed by debtor:    $290.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASOC RESIDENTES DE HORIZONTES | Unsecured | 7,883.00 | NA | 7,932.47 | 0.00 | 0.00 |
| ASOCIACION EMPLEADOS DEL ELA | Secured | 53,733.00 | NA | 4,161.08 | 0.00 | 0.00 |
| ASOCIACION EMPLEADOS DEL ELA | Unsecured | 0.00 | NA | 3,618.34 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Unsecured | 1,196.00 | NA | NA | 0.00 | 0.00 |
| CARRIBEAN ALLIANCE INSURANCE | Unsecured | 996.00 | NA | NA | 0.00 | 0.00 |
| CLARO | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| COOP A/C DE ARECIBO COOPACA | Unsecured | 3,000.00 | NA | 793.74 | 0.00 | 0.00 |
| COOP A/C JESUS OBRERO | Secured | 21,134.00 | NA | 362.33 | 0.00 | 0.00 |
| COOP A/C JESUS OBRERO | Secured | NA | NA | 13,651.62 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 15,950.00 | NA | 18,736.81 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 23,242.00 | NA | 22,227.42 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | NA | 2,754.53 | 0.00 | 0.00 |
| FIRSTBANK | Secured | 176,051.00 | NA | 191,629.91 | 0.00 | 0.00 |
| FIRSTBANK | Secured | 20,272.00 | NA | 24,649.68 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | 5,372.48 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | 417.43 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | NA | 285.19 | 0.00 | 0.00 |
| POPULAR LEASING | Unsecured | 8,480.00 | NA | 10,668.20 | 0.00 | 0.00 |
| PR TELEPHONE CO | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| PR TELEPHONE CO | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PREPA | Unsecured | 0.00 | NA | 372.87 | 0.00 | 0.00 |
| THE HOME DEPOT / CBNA | Unsecured | 743.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $24,649.68 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $209,804.94 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$234,454.62** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $18,736.81 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$18,736.81** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,442.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $36.75 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$36.75** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/21/2019                        By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

18-04891-ESL                                         CERTIFICATE OF MAILING
------------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ANTONIO F LAUREANO MORALES
ARELIS M RIVERA BARBOSA
URB HORIZONTE
CALLE ESTELAR C-22
GURABO, PR  00778

ASOC RESIDENTES DE HORIZONTES, INC.
CALLE AURORA 176
GURABO, PR  00778

ASOCIACION EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

POPULAR LEASING
C/O ONEIDA PEREZ ACOSTA ESQ
PO BOX 366818
SAN JUAN, PR  00936

BANCO POPULAR DE PUERTO RICO
PO BOX 3228
SAN JUAN, PR  00936

CARDONA & JIMENEZ LAW OFFICES
PO BOX 9023593
SAN JUAN,, PR  00902-3593

CARRIBEAN ALLIANCE INSURANCE COMPANY
PO BOX 71338
SAN JUAN,, PR  00936-8438

CLARO
PO BOX 70367
SAN JUAN,, PR  00936-8367

COOP A/C JESUS OBRERO
HC 1 BOX 29030 PMB 159
CAGUAS, PR  00725-8900

COOP A/C DE ARECIBO COOPACA
PO BOX 1056
ARECIBO, PR  00613-1056

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140


**UST Form 101-13-FR-S (09/01/2009)**

LCDO. OSVALDO L RODRIGUEZ FERNANDEZ
PO BOX 71418
SAN JUAN,, PR 00936-8518

MIDLAND CREDIT MANAGEMENT, INC.
PO BOX 60578
LOS ANGELES,, CA 90060-0578

MONARCH RECOVERY MANAGEMENT, INC.
PO BOX 16119
PHILADELPHIA,, PA 19114-0589

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN,, PR 00936-6818

PR TELEPHONE CO
PO BOX 70367
SAN JUAN,, PR 00936-8367

PUERTO RICO CONSUMER DEBT
MANAGMENTM CO,
PO BOX 363387
SAN JUAN,, PR 00936-3387

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT INC
PO BOX 2011
WARREN, MI 48090

THE HOME DEPOT / CBNA
PO BOX 6497
SIOUX FALLS,, SD 57117-6497

COOP A/C JESUS OBRERO
SANTOS BERRIOS LAW OFFICES LLC
PO BOX 9102
HUMACAO, PR 00792-9102

COOPACA
LUIS A LOPEZ LOPEZ
EDIFICIO PARADISE CERAMICS 932 AVENIDA HOSTOS
OFICINA A-1 SEGUNDO PISO
MAYAGUEZ, PR 00680

POPULAR AUTO LLC
CONSUMER BANKRUPTCY DEPARTMENT
EDGAR A VEGA RIVERA ESQ
PO BOX 366818
SAN JUAN, PR 00936-6818

**UST Form 101-13-FR-S (09/01/2009)**

PREPA
C/O MARIA T GORBEA
PO BOX 364267
SAN JUAN, PR  00936-4267

FIRSTBANK
PRESTAMOS HIPOTECARIOS
PO BOX 9146
SAN JUAN, PR  00908-0146

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

FIRSTBANK PUERTO RICO
GODREAU AND GONZALEZ LLC
PO BOX 9024176
SAN JUAN, PR  00902-4176

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

/S/LUIS RENE GOMEZ  
DATED:  May 21, 2019          OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**